Civil Action No. 4:26-cv-00087-DGK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* United States Attorney-Western District of Missouri for all federal defendants was received by me on *(date)* 2/4/2026 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Adam Al-Wazzan, Civil Process Clerk , who is designated by law to accept service of process on behalf of *(name of organization)* US Attorneys Office Charles Evens Whittaker Courthouse, 400 E. 9th St. #5510 on *(date)* 2/4/2026 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 2/4/2026

*Server's signature*

Quynh Vo, Administrative Assistant
*Printed name and title*

515 Avenida Cesar E. Chavez, Kansas City, MO 64108
*Server's address*

Additional information regarding attempted service, etc: