# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | | |
|---|---|---|
| AMERICAN IMMIGRATION COUNCIL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:26-CV-00087-DGK |
| | ) | |
| U.S. CITIZENSHIP AND IMMIGRATION SERVICES, *et al*., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT MOTION FOR EXTENSION OF TIME
## TO FILE JOINT PROPOSED SCHEDULING ORDER AND DISCOVERY PLAN

Pursuant to FED. R. CIV. P. 6(b), Plaintiff American Immigration Council and the named defendants U.S. Citizenship and Immigration Services ("USCIS") and U.S. Department of Homeland Security ("DHS"), hereby respectfully move the Court for a seventh order to extend the time within which the parties may file a Joint Proposed Scheduling Order and Discovery Plan. In support of this motion, the parties state:

1. This litigation arises from three Freedom of Information Act ("FOIA") requests Plaintiff filed in June, October, and November 2025 respectively. The parties have been working diligently to isolate relevant issues, discuss timelines, and propose FOIA search alternatives which impact the scheduling order. The parties have conducted multiple meetings and conferences via telephone, have exchanged near-daily emails with counsel and clients, and drafted several rounds of edits to the proposed scheduling order. The parties have been requesting additional time in order to distill the issues and present this Court with a comprehensive and realistic scheduling order, outlining what issues and timelines the parties agree to and where they differ.

2. The Court has extended the parties' deadline to file a proposed scheduling order and discovery plan several times on the parties' motions to facilitate their meet and confer conferences. During this time, the parties reached tentative agreements on some aspects of processing the FOIA requests at issue here. Most recently, the Court extended the deadline to file a proposed scheduling order and discovery plan to July 24, 2026, at Plaintiff's unopposed request. Doc. 32.

3. After a meet and confer on July 21, 2026, and subsequent discussions with their clients, counsel for the parties have reengaged in negotiations, and believe that they may reach an agreement regarding all aspects of the proposed scheduling order and discovery plan.

4. Without an agreement, the parties will need to brief multiple issues to the Court, including the agency timing to process one of the FOIA requests at issue in this litigation, the appropriateness of discovery in this FOIA action, and Defendants' request for transfer to another federal district. But with the parties' potential agreement, the Court will not have to decide these issues. Thus, judicial economy favors an extension.

5. The current negotiation sticking point involves questions of the agency's technological search capabilities, and therefore, requires specific inquiry regarding the agency's software systems and search mechanisms, which entails input from several sources within the agency.

6. To permit the parties adequate time to consult with their clients, isolate the issues before the Court, and finalize the proposed scheduling order and discovery plan, the parties respectfully request an extension of eleven (11) business days, up to and including August 10, 2026, to file the proposed scheduling order and discovery plan.

7. The requested extension of time is not sought for any improper reason and will not interfere with any other deadlines presently set by the Court in this case. The parties do not anticipate requesting any additional requests for extension of time.

Accordingly, for the reasons set out herein, the parties respectfully request that the Court briefly extend the time within which the parties may file a proposed scheduling order and discovery plan by eleven (11) business days, up to and including August 10, 2026.

Respectfully submitted,

R. Matthew Price
United States Attorney

By      /s/ Abby Duncan
Abby Duncan
Assistant United States Attorney
Missouri Bar No. 67766
Matthew N. Sparks
Deputy United States Attorney
Missouri Bar No. 63260
Charles Evans Whittaker Courthouse
400 East Ninth Street, Fifth Floor
Kansas City, MO 64106
(816) 426-3130   FAX: (816) 426-3165
E-MAIL: Abby.Duncan@usdoj.gov
             Matt.Sparks@usdoj.gov
ATTORNEYS FOR DEFENDANTS